IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                                      CRIMINAL NO.: 3:21-cr-28-CWR-ASH

NANCY W. NEW, et al.                                                       DEFENDANTS

## **ORDER OF RECUSAL**

This cause is before the Court, *sua sponte*, for recusal of Andrew S. Harris as the United States Magistrate Judge herein. Having considered the standards set forth in 28 U.S.C. § 455, the undersigned finds it appropriate to recuse himself from this case.

IT IS, THEREFORE, ORDERED that the undersigned recuses himself from all further proceedings in this case. All motions and other matters, which are the responsibility of the magistrate judge, shall be submitted to United States Magistrate Judge to whom this case is hereby reassigned.

The Clerk of the Court is hereby directed to reassign this case to another Magistrate Judge in accordance with this Court's Internal Rule 1.

So ordered this the 4th day of March 2024.

/s/ Andrew S. Harris
UNITED STATES MAGISTRATE JUDGE